**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARCY L. LUCCHESI, | ) | Case No. 22-11481 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Set for: **September 1, 2026 1:00p.m.** |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 1, 2026, at 1:00 p.m., we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, **or** electronically as described below, and present the **MOTION TO LEAVE TO APPEAR AS ADDITIONAL ATTORNEY FOR THE DEBTOR**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is **161 273 2896**; passcode is **778135**. The meeting ID and passcode information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Respectfully submitted,

MARCY L. LUCCHESI

By: /s/ Cindy M. Johnson .
One of her attorneys

Cindy M. Johnson
Johnson Legal Group, LLC
53 W. Jackson Blvd., Suite 1337
Chicago, IL 60604
(312) 345-1306

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 53 W. Jackson Blvd, Chicago, Illinois at or before 5:00 p.m. on August 13, 2026.

_____/s/ Cindy M. Johnson____________________

## SERVICE LIST

**Electronic Mail Notice List**

| | |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard M. Fogel | fogeltrustee@gmail.com il72@ecfcbis.com; richard-fogel-1441@ecf.pacerpro.com |
| Ronald P. Strojny | rpstrojny@yahoo.com |

**MANUAL NOTICE**

Marcy L. Lucchesi
1317 E. Windham Circle, Unit 108
Palatine, IL 60074-7937

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARCY L. LUCCHESI, | ) | Case No. 22-11481 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Set for: **September 1, 2026 1:00p.m.** |
| | ) | |

**MOTION FOR LEAVE TO APPEAR AS ADDITIONAL ATTORNEY FOR THE DEBTOR**

NOW COMES, Marcy L. Lucchesi, debtor herein (the "Debtor"), by and through her putative additional counsel, Cindy M. Johnson ("Johnson") and the law firm of Johnson Legal Group, LLC, and, pursuant to Rule 2040-5(A) of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), requests that Johnson be given leave to appear as an additional attorney for the Debtor. In support thereof, she states as follows:

1. On October 4, 2022, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, Case No. 22-11481 (the "Ch. 7 Case"). Attorney Ronald P. Strojny ("Strojny") acted as Debtor's counsel in the Ch. 7 Case.

3. On January 17, 2023, the Debtor received a discharge [Dkt. No. 13] and on January 20, 2023, the Ch. 7 Case was closed [Dkt. No. 15].

4. Debtor recently learned that she has a need to move to reopen her case in order to amend her schedules in order to list a cause of action that she had at the time her Ch. 7 case was pending—but which she did not know she had until after her case closed. (See the motion filed herewith to reopen for details).

5. Debtor has requested that attorney Johnson to appear to present this request,

and to amend her schedules.

6. Debtor advised Johnson that Strojny was contacted to perform these services, and he refused to do so. Hence, leading Debtor to seek out Johnson.

5. Local Rule 2040-5(A) provides that in order for an attorney to appear as an additional attorney, leave of Court is required.

6. Johnson, therefore, seeks leave to appear as additional counsel for Debtor.

7. Because this Court is not sitting for over two weeks from the date that this motion is being filed, and because Debtor seeks to not delay the necessary process, Johnson is filing this motion contemporaneously with the motion to reopen, and with her appearance. Johnson, therefore seeks the authorization to appear as additional counsel to be effective as of August 13, 2026.

WHEREFORE, Marcy L. Lucchesi, debtor herein, respectfully requests that Cindy M. Johnson, of Johnson Legal Group, LLC be given leave to appear as additional attorney for the Debtor, effective as of August 13, 2026, and that this Court grant such other and further relief as is just and proper.

Respectfully submitted,

MARCY L. LUCCHESI

By: /s/ Cindy M. Johnson .
Putative Additional Attorney

Cindy M. Johnson
Johnson Legal Group, LLC
53 W. Jackson Blvd., Suite 1337
Chicago, IL 60604
(312) 345-1306