**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARCY L. LUCCHESI, | ) | Case No. 22-11481 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Set for: **September 1, 2026 1:00p.m.** |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 1, 2026, at 1:00 p.m., we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, **or** electronically as described below, and present the **MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is **161 273 2896**; passcode is **778135**. The meeting ID and passcode information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Respectfully submitted,

MARCY L. LUCCHESI

By: /s/ Cindy M. Johnson .
One of her attorneys

Cindy M. Johnson
Johnson Legal Group, LLC
53 W. Jackson Blvd., Suite 1337
Chicago, IL 60604
(312) 345-1306

**CERTIFICATE OF SERVICE**

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 53 W. Jackson Blvd, Chicago, Illinois at or before 5:00 p.m. on August 13, 2026.

____/s/ Cindy M. Johnson_________________

**SERVICE LIST**

**Electronic Mail Notice List**

| | |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard M. Fogel | fogeltrustee@gmail.com il72@ecfcbis.com; richard-fogel-1441@ecf.pacerpro.com |
| Ronald P. Strojny | rpstrojny@yahoo.com |

**MANUAL NOTICE**

(see attached service list)

# Service List

Al Piemonte
364 W Grand Ave
Elmhurst, IL 60126-1137

Bridgecrest Acceptance Corp
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209-3324

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Celtic Bank
268 S State St Ste 300
Salt Lake City, UT 84111-5314

Certified Services Inc
1300 N Skokie Hwy, Ste 103A Gurnee,
IL 60031-2144

Care Animal Hospital Of Libertyvill
1214 W Park Ave
Libertyville, IL 60048-2555

Clerk of the Court of Lake County
Docket #: 14SC00001446
18 North Country Street Waukegan,
IL 60085-4304

Clerk, First Municipal Division Doc
# 19911112510
50 W Washington St., Room 1001
Chicago, IL 60602-1316

Clerk of the Court of Lake County
Docket #: 01SC00003530
18 North Country Street
Waukegan, IL 60085-4304

Clerk, First Municipal Division
Doc # 19991127116
50 W Washington St., Room 1001
Chicago, IL 60602-1316

Clerk, First Municipal Division Doc
# 20031169343
50 W Washington St., Room 1001
Chicago, IL 60602-1316

Clerk, First Municipal Division Doc
# 1995-M1-130181
50 W Washington St., Room 1001
Chicago, IL 60602-1316

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Cortney Ferina
1310 Longacre
Wheeling, IL 60090-5932

Clerk, Third Municipal Division Doc
# 20033002442
2121 Euclid Ave #121
Rolling Meadows, IL 60008-1500

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086-5070

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Fidelity Financial Services LLC
1415 W 22nd St
Ste 100
Oak Brook, IL 60523-8416

Dept of Ed/Nelnet
Attn: Bankruptcy Claims/Nelnet
Po Box 82505
Lincoln, NE 68501-2505

First PREMIER Bank
Attn: Bankruptcy
P.O. Box 5524
Sioux Falls, SD 57117-5524

Americash Loans
PO Box 1728
Des Plaines, IL 60017-1728

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Advocate Health and Hospitals Corp
4440 W 95th St
Oak Lawn, IL 60453-2600

Armed Forces Bank
Attn: Bankruptcy
320 Kansas Ave
Fort Leavenworth, KS 66027-1139

Future Finance
15859 S Ridgeland
Oak Forest, IL 60452-2782

Huntington Bank
Attn: Bankruptcy
41 S High St
Columbus, OH 43215-3406

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Geico
ATTN: Region 3 Underwriting
PO BOX 9105
Macon, GA 31208-9105

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

National Credit Adjusters, LLC
327 West 4th Avenue
Po Box 3023
Hutchinson, KS 67504-3023

IL Dept of Employment Security
Attn: Bankruptcy Dept
PO Box 19286
Springfield, IL 62794-9286

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Progressive Leasing
256 West Data Drive
Draper, UT 84020-2315

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

Lutheran General
1775 Dempster St
Park Ridge, IL 60068-1174

Speedy Cash
3527 N Ridge Road
Wichita, KS 67205-1212

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barr, PA 18773-9500

Nelnet
Attn: Claims
P.O. Box: 82505
Lincoln, NE 68501-2505

(p)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

Progressive Leasing Company
124 N Schmale Rd
Carol Stream, IL 60188-2151

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Marcy L Lucchesi
1317 E Windham Circle, Unit 108
Palatine, IL 60074-7937

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Sst/mcu
4315 Pickett Road
Saint Joseph, MO 64503-1600

Total Visa/The Bank of Missouri Attn:
Bankruptcy
Po Box 85710
Sioux Falls, SD 57118-5710

Verizon Wireless
Attn: Bankruptcy Dept
PO Box 4002
Acworth, GA 30101-9003

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| MARCY L. LUCCHESI, | ) | Case No. 22-11481 |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | Set for: **September 1, 2026 1:00p.m.** |

**MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE**

NOW COMES, Marcy L. Lucchesi, debtor herein (the "Debtor"), by and through her counsel, Cindy M. Johnson and the law firm of Johnson Legal Group, LLC, and pursuant to 11 U.S.C. §350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Rule(s)"), for the entry of an order reopening her Chapter 7 Bankruptcy Case for the purpose of amending her bankruptcy schedules, and in support thereof, respectfully states as follows:

**CASE BACKGROUND**

1. On October 4, 2022 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code (the "Code"), Case No. 22-11481 (the "Ch. 7 Case").

2. On the Petition Date, the Debtor filed her bankruptcy schedules (the "Schedules") [Dkt. No. 1].

3. On January 17, 2023, the Debtor received a discharge [Dkt. No. 13] and on January 20, 2023, the Ch. 7 Case was closed [Dkt. No. 15].

**INADVERTENT OMISSIONS FROM SCHEDULES AND SOFA**

4. On January 4, 2024, the Debtor filed a putative class action lawsuit in the

Circuit Court of Cook County, Illinois, Case No. 2024-CH-00079 (the "GIPA Case").

5. On June 23, 2026, counsel for the defendants in the GIPA Case contacted counsel for the Debtor in the GIPA Case asserting that, due to the Ch. 7 Case, the Debtor did not have standing to bring the GIPA Case and demanded that the GIPA Case be voluntarily dismissed.

6. The cause of action giving rise to the GIPA Case accrued in or around July 2021, prior to the Petition Date.

7. The Debtor did not list the GIPA Case on her Schedules as the Debtor was unaware that a cause of action existed until almost a year after the Ch. 7 Case was closed when she first discussed the potential claim with counsel for the GIPA Case in approximately December 2023. The Debtor did not inform class action counsel that she had previously filed for bankruptcy and did not understand that GIPA Case was impacted in any way by the Ch. 7 Case.

**RELIEF REQUESTED**

8. The Debtor seeks to have the Ch. 7 Case reopened pursuant to Section 350(b) of the Code which provides that a "case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

9. Here, the Debtor desires to reopen the Ch. 7 Case for the purpose of amending her Bankruptcy Schedule A/B No. 33 to add the claim giving rise to the GIPA Case. This reason to reopen the Ch. 7 Case comports with section 350(b) that allows a case to be reopened to "administer assets". See, 3 Collier on Bankruptcy §350.03(1) ("under section 350(b) and Rule 5010, the discovery of unadministered assets… continues to be a sufficient reason for the court to exercise its power [to reopen the

case]”).

WHEREFORE, Marcy L. Lucchesi, debtor herein, respectfully requests the entry of the attached order and the granting of such other and further relief as is just and proper.

Respectfully submitted,

MARCY L. LUCCHESI

By: /s/ Cindy M. Johnson .
One of her attorneys

Cindy M. Johnson
Johnson Legal Group, LLC
53 W. Jackson Blvd., Suite 1337
Chicago, IL 60604
(312) 345-1306