UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MARCY L. LUCCHESI,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 22-11481<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

**ORDER TO REOPEN CHAPTER 7 BANKRUPTCY CASE**

THIS CAUSE coming to be heard upon the motion (the "Motion") of Marcy L. Lucchesi, debtor herein, for the entry of an order reopening her Chapter 7 Bankruptcy Case for the purpose of amending her bankruptcy schedules (the "Schedules"); all capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion; the Court having heard and considered the statements of counsel present; no party having been heard to object to the entry hereof; due notice of the Motion having been given to all those entitled thereto; and it appearing that no other or further notice need be given; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion be and is hereby granted.

2. The above referenced bankruptcy case is hereby reopened for the purpose of permitting the Debtor to file an amendment to her Schedules.

3. The United States Trustee is asked to appoint a Chapter 7 trustee in this case.

Enter: Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: September 01, 2026

**Prepared by:**

Cindy M. Johnson
Johnson Legal Group, LLC
53 W. Jackson Blvd., Suite 1337
Chicago, IL 60604
(312) 345-1306, Ext. 101
Counsel for the Movant