**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re Mary L. Lucchesi,

Debtor.

Bankr. No. 22-11481

Chapter 7

Chief Judge Cox

**Order on Motion to Alter or Amend Judgment Order (Docket 27)**

This motion is set for a contested hearing on Monday, October 26, 2026 at 2:00 p.m. The Debtor is to appear to testify to explain the delay involved in disclosing the state court litigation.

The hearing shall be in-person at 219 S. Dearborn Street, Courtroom 680, Chicago, IL 60604.

**Judge:** Jacqueline P. Cox

**Date: September 29, 2026**