UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MARCY L. LUCCHESI<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 22-11481<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

**ORDER GRANTING INTERESTED PARTIES' MOTION TO COMPEL DEBTOR TO PARTICIPATE IN EXPEDITED DISCOVERY BEFORE THE CONTESTED EVIDENTIARY HEARING SET FOR OCTOBER 26, 2026**

THIS CAUSE coming to be heard upon the Motion to Compel Debtor to Participate in Expedited Discovery Before the Contested Evidentiary Hearing Set for October 26, 2026, (the "Motion") of Specialized Education of Illinois, Inc. ("SEI"), Specialized Education Services, Inc., and FB Topco, Inc. (collectively, the “Interested Parties”) for the entry of an order directing Debtor Marcy L. Lucchesi to respond to the document requests and interrogatories served on Debtor on October 7, 2026, by October 22, 2026, and ordering Debtor to sit for a deposition of no more than three hours by October 22, 2026; all capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion; the Court having heard and considered the statements of counsel present; no party having been heard to object to the entry hereof; due notice of the Motion having been given to all those entitled thereto; and it appearing that no other or further notice need be given; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Interested Parties' Motion is hereby GRANTED.

2. Debtor is hereby ORDERED to serve complete responses to SEI's document requests and interrogatories by no later than October 23, 2026.

3. Debtor is further ORDERED to make herself available to provide her deposition testimony for a maximum of three hours by no later than October 26, 2026.

4. The 10/26/26 hearing date is reset to 11-12-26 at 10:00 a.m.

Enter: Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 20, 2026

**Prepared by:**

John Robert Weiss
(jrweiss@duanemorris.com)
Gerald L. Maatman, Jr.
(GMaatman@duanemorris.com)
Tyler Zmick
(TZmick@duanemorris.com)
Brett Bohan
(BBohan@duanemorris.com)